UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Chapter 13
    NOEL N. KARASANYI              :
    Debtor(s)                      :
                                                    : Bankruptcy No. 14-19922-MDC

## ORDER

AND NOW, this 5th day of January, 2015, after consideration of the Debtor's Application for Extension of Time to file the Attorney Disclosure Statement, Chapter 13 Plan, Statement of Current Monthly Income, Schedules A-J, Statement of Financial Affairs, Summary and Statistical Summary, it is hereby

ORDERED, that the said Application is **GRANTED** and that the Debtor's right to file the missing documents is extended until January 19, 2015.

BY THE COURT:

_____
**MAGDELINE D. COLEMAN**
**U.S. BANKRUPTCY JUDGE**

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Mike Gumbel, Esq.
850 South 2nd Street
Philadelphia, PA 19147
Attorney for Applicant

Noel N. Karasanyi
657 Parkview Blvd
Yeadon, PA 19050