**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karasanyi, Noel N.<br>        <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 14-19922 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7294

                                        Respectfully submitted,

                                        **/s/Brian C. Nicholas, Esquire**
                                        Brian C. Nicholas, Esquire
                                        Thomas Puleo, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406