**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Noel Karasanyi | : | |
|         Debtor(s) | : | |
| | : | Bankruptcy No. 14-19922-MDC |

\* \* \* \* \* \* \*

**HEARING TO BE HELD:**
**Date:** January 16, 2018
**Time:** 10:30 a.m.
**Place:** United States Bankruptcy Court
Courtroom #3
900 Market Street
Philadelphia, PA 19107-4295

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor(s), Noel Karasanyi, have filed an Objection to Certification of Default.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 27, 2017, you or your attorney must do ALL of the following:

    (a)  file an answer explaining your position at

    U.S. Bankruptcy Court
    Clerk's Office
    United States Courthouse
    900 Market Street
    Philadelphia, Pennsylvania 19107-4295

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

    Mike Gumbel, Esquire
    For Movant/Debtor(s)
    850 South 2nd Street
    Philadelphia, Pennsylvania  19147
    Phone No.:  (215) 592-1899
    Fax No.:     (215) 592-8868
    mgumbel@bainbridgelawcenter.com

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge, on Tuesday January 16, 2018 at 10:30 a.m. in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107-4295.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  December 12, 2017