United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 14-19922-mdc
Noel N. Karasanyi                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 1              Date Rcvd: Dec 18, 2017
                               Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db          +Noel N. Karasanyi,    657 Parkview Blvd,    Lansdowne, PA 19050-3433
cr          +U.S. BANK NATIONAL ASSOCIATION,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
              Warrington, PA 18976-3400
cr          +U.S. Bank National Association, et al., by its ser,    Stern & Eisenberg, PC,
              1581 Main Street, Suite 200,    Warrington, PA 18976,    UNITED STATES 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, as Trustee
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              LESLIE J. RASE    on behalf of Creditor    U.S. Bank National Association, et al., by its servicer
               Ocwen Loan Servicing, LLC pabk@logs.com,   lerase@logs.com
              MICHAEL GUMBEL    on behalf of Debtor Noel N. Karasanyi mgumbel@bainbridgelawcenter.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, et al., by its
               servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, as Trustee
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 14

Stern & Eisenberg, pc
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(Counsel for Movant)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Noel N. Karasanyi<br>            Debtor(s)<br><br>U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3<br>            Creditor/Movant<br>v.<br>Noel N. Karasanyi<br>            Respondent | Chapter 13<br><br>Bankruptcy Case:  14-19922-MDC<br><br>Judge: Magdeline D. Coleman |

## **O R D E R**

AND NOW, this 18th day of December, 2017 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest and Debtor, Noel N. Karasanyi, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest, to proceed with it under state and federal law as provided under the Mortgage concerning the Property (the "Property"): **4600-4 Walnut Street, Philadelphia, PA 19139**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE