**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Noel Karasanyi | : | |
|       Debtor(s) | : | |
| | : | Bankruptcy No. 14-19922-MDC |

### ORDER

**AND NOW,** this ____ day of _____, 2018, it is hereby **ORDERED** that the December 18, 2017 Order granting relief from the automatic stay to U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 is hereby **VACATED.**

                                                      **BY THE COURT:**

                                                    _____
                                                    **HONORABLE MAGDELINE D. COLEMAN,**
                                                    **U.S. BANKRUPTCY JUDGE**

Mike Gumbel, Esquire
850 South 2nd Street
Philadelphia, PA  19147

William C. Miller, Trustee
1234 Market Street, 18th Fl
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Noel Karasanyi
657 Parkview Blvd
Yeadon, PA 19050

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Ste 200
Warrington, PA 18976