UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  Chapter 13
    Noel Karasanyi  :
        Debtor(s)  :
          :  Bankruptcy No. 14-19922-MDC

### ORDER

AND NOW, this 29th day of January, 2018, it is hereby ORDERED that the December 18, 2017 Order granting relief from the automatic stay to U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 is hereby **VACATED**.

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN,
U.S. BANKRUPTCY JUDGE

Mike Gumbel, Esquire
850 South 2nd Street
Philadelphia, PA 19147

William C. Miller, Trustee
1234 Market Street, 18th Fl
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Noel Karasanyi
657 Parkview Blvd
Yeadon, PA 19050

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Ste 200
Warrington, PA 18976