United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Noel N. Karasanyi  
    Debtor

Case No. 14-19922-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jan 30, 2018  
Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
```
db             +Noel N. Karasanyi,    657 Parkview Blvd,    Lansdowne, PA 19050-3433
cr             +U.S. BANK NATIONAL ASSOCIATION,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
cr             +U.S. Bank National Association, et al., by its ser,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976,    UNITED STATES 18976-3400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
```
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, as Trustee
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              LESLIE J. RASE    on behalf of Creditor    U.S. Bank National Association, et al., by its servicer
               Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
              MICHAEL  GUMBEL    on behalf of Debtor Noel N. Karasanyi mgumbel@bainbridgelawcenter.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, et al., by its
               servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, as Trustee
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        : Chapter 13
    Noel Karasanyi                          :
        Debtor(s)              :
                                                              : Bankruptcy No. 14-19922-MDC

## ORDER

AND NOW, this 29th day of January, 2018, it is hereby ORDERED that the December 18, 2017 Order granting relief from the automatic stay to U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 is hereby **VACATED**.

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN,
U.S. BANKRUPTCY JUDGE

Mike Gumbel, Esquire
850 South 2nd Street
Philadelphia, PA 19147

William C. Miller, Trustee
1234 Market Street, 18th Fl
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Noel Karasanyi
657 Parkview Blvd
Yeadon, PA 19050

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Ste 200
Warrington, PA 18976