STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Noel N. Karasanyi
    Debtor

U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3
    Creditor/Movant
v.
Noel N. Karasanyi
    Respondent

Chapter 13

Bankruptcy Case: 14-19922-MDC

Judge: Magdeline D. Coleman

# O R D E R

AND NOW, this 6th day of April, 2018 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest and Debtor, Noel N. Karasanyi, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **4600-02-04 Walnut Street, Philadelphia, PA 19139**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Magdeline D. Coleman*
_____
UNITED STATES BANKRUPTCY JUDGE