United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-19922-mdc
Noel N. Karasanyi                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1             Date Rcvd: Apr 06, 2018
                              Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db             +Noel N. Karasanyi,    657 Parkview Blvd,    Lansdowne, PA 19050-3433
cr             +U.S. BANK NATIONAL ASSOCIATION,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
cr             +U.S. Bank National Association, as Trustee,    Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrignton, Pa 18976-3400
cr             +U.S. Bank National Association, et al., by its ser,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA  18976,    UNITED STATES 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
      ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
   RA-occbankruptcy6@state.pa.us
      BRIAN CRAIG NICHOLAS     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
   YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB,
   MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB bnicholas@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, as Trustee
   cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com,
   chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
   jill@pkallc.com,
   chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      LESLIE J. RASE    on behalf of Creditor    U.S. Bank National Association, et al., by its servicer
   Ocwen Loan Servicing, LLC pabk@logs.com,  lerase@logs.com
      MICHAEL  GUMBEL    on behalf of Debtor Noel N. Karasanyi mgumbel@bainbridgelawcenter.com
      NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
   RA-occbankruptcy6@state.pa.us
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
   karena.blaylock@phila.gov
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, et al., by its
   servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
   wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, as Trustee
   wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                 TOTAL: 14

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Noel N. Karasanyi
    Debtor

U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3
    Creditor/Movant
v.
Noel N. Karasanyi
    Respondent

Chapter 13

Bankruptcy Case: 14-19922-MDC

Judge: Magdeline D. Coleman

## O R D E R

AND NOW, this 6th day of April, 20 18 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest and Debtor, Noel N. Karasanyi, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **4600-02-04 Walnut Street, Philadelphia, PA 19139**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE