# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-19922-MDC

NOEL N. KARASANYI

657 PARKVIEW BLVD

LANSDOWNE, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NOEL N. KARASANYI

    657 PARKVIEW BLVD

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    MICHAEL GUMBEL
    850 S 2ND ST

    PHILADELPHIA, PA 19147

Date: 7/27/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee