**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Noel Karasanyi | : | |
| Debtor(s) | : | Bankruptcy No. 14-19922-MDC |

### PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw Debtor's Objection to Certification of Default docketed at entry no. 187.

Dated: May 21, 2019            /s/ Mike Gumbel_____
                               MIKE GUMBEL, ESQ
                               850 South 2nd Street
                               Philadelphia, PA 19147
                               215-592-1899
                               215-592-8868-Fax