## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOEL N. KARASANYI                                      Chapter 13


                        Debtor              Bankruptcy No. 14-19922-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___23rd_____ day of _____May_____, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
                        Magdeline D. Coleman
                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL GUMBEL
850 S 2ND ST

PHILADELPHIA, PA 19147


Debtor:
NOEL N. KARASANYI

657 PARKVIEW BLVD

LANSDOWNE, PA 19050