STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>    NOEL N. KARASANYI<br>        DEBTOR<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3<br>        MOVANT<br>V.<br><br>NOEL N. KARASANYI<br>        DEBTOR | CHAPTER 13<br><br>BANKRUPTCY CASE: 14-19922-MDC<br><br>JUDGE: MAGDELINE D. COLEMAN |

## ORDER

AND NOW, this 21st day of May, 2019, upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest and Debtor, Noel N. Karasanyi, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): *4600-02-04 Walnut Street, Philadelphia, PA 19139* as provided under the terms of the loan documents.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_Magdeline D. C_____
UNITED STATES BANKRUPTCY JUDGE