United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-19922-mdc
Noel N. Karasanyi                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2           Date Rcvd: May 23, 2019
                              Form ID: pdf900       Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db            +Noel N. Karasanyi,    657 Parkview Blvd,    Lansdowne, PA 19050-3433
cr            +U.S. BANK NATIONAL ASSOCIATION,     Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
               Warrington, PA 18976-3403
cr            +U.S. Bank National Association, as Trustee,     Stern & Eisenberg, PC,    1581 Main Street,
               Suite 200,   Warrignton, Pa 18976-3403
cr            +U.S. Bank National Association, et al., by its ser,     Stern & Eisenberg, PC,
               1581 Main Street, Suite 200,    Warrington, PA  18976,    UNITED STATES 18976-3403
13443128      +American Express Centurion Bank,     PO Box 3001,    Malvern, PA 19355-0701
13514575       American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13443129      +Archie Norris,    225 W. Sulis Street,    Philadelphia, PA 19120-3830
13443130      +BAC Home Loans Servicing, L.P.,     450 American Street,    Simi Valley, CA 93065-6285
13468896      +Benjamin Brown,    c/o David Sherman, Esq.,    1628 JFK Blvd, Ste 2200,
               Philadelphia, PA 19103-2105
13443131      +Citibank (South Dakota, N.A.,    701 E. 60th N.,    Sioux Falls, SD 57104-0493
13443132      +Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick, RI 02886-1359
13443135      +David Denenberg, Esq.,    1315 Walnut St,    12th Floor,    Philadelphia, PA 19107-4712
13443136      +Derrick Burley,    c/o Richard Weisbord,    128 Chestnut St, Ste 201,
               Philadelphia, PA 19106-3024
13443137      +Houdini Alarms,    932 Old York Road,    Abington, PA 19001-4703
13443139      +KML Law Group,    701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
13443146      +Stefanio G. Troia, Esq.,    7720 Castor Ave, 2nd Fl,    Philadelphia, PA 19152-3600
13897712      +The Bank of New York Mellon fka,     c/o Brian C. Nicholas, Esquire,    Thomas Puleo, Esquire,
               KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13535935       U.S. Bank National Association,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
               P.O. Box 24605,    West Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 24 2019 02:47:16     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 24 2019 02:47:10     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov May 24 2019 02:47:16     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 02:48:20     LVNV Funding LLC,
               c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
13698798      +E-mail/Text: mgumbel@bainbridgelawcenter.com May 24 2019 02:46:48     Bainbridge Law Center,
               850 S. 2nd Street,    Philadelphia, PA 19147-3430
13443134       E-mail/Text: megan.harper@phila.gov May 24 2019 02:47:15
               City of Philadelphia Law Department,    1515 Arch Street, 15th Fl,    Philadelphia, PA 19102
13526549      +E-mail/Text: megan.harper@phila.gov May 24 2019 02:47:15
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13443133      +E-mail/Text: megan.harper@phila.gov May 24 2019 02:47:15
               City of Philadelphia Law Department,    School District of Philadelphia,
               1515 Arch Street, 15th Fl Tax Unit,    Philadelphia, PA 19102-1501
13443138      +E-mail/Text: cio.bncmail@irs.gov May 24 2019 02:46:48     Internal Revenue Service,
               600 Arch Street,    Philadelphia, PA 19106-1695
13443140      +E-mail/Text: ebn@ltdfin.com May 24 2019 02:46:50     LTD Financial Services,
               7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13443141      +E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 02:47:51     LVNV Funding LLC,
               PO Box 740281,    Houston, TX 77274-0281
13528341       E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 02:47:51
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
               N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13443142      +Fax: 407-737-5634 May 24 2019 03:21:05     Ocwen Loan Servicing, LLC,
               1661 Worthington Rd, Ste 100,    West Palm Beach, FL 33409-6493
13443143      +E-mail/Text: bankruptcygroup@peco-energy.com May 24 2019 02:46:50     PECO,    PO Box 37629,
               Philadelphia, PA 19101-0629
13489901      +E-mail/Text: bankruptcygroup@peco-energy.com May 24 2019 02:46:50     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13443145       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2019 02:47:49
               Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
13443144      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2019 02:47:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA 17128-0946
13534388      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 24 2019 02:47:11
               THE BANK OF NEW YORK MELLON, TRUSTEE (See B10),    C/O Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
13836745      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 24 2019 02:47:11
               The Bank of New York Mellon, Trustee (See 410),    c/o Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
                                                                                              TOTAL: 19
```

```
District/off: 0313-2           User: DonnaR                 Page 2 of 2                   Date Rcvd: May 23, 2019
                               Form ID: pdf900              Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
13464594*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13443147     ##+Stern & Eisenberg, LLP,   261 Old York Road, Ste 410,   Jenkintown, PA 19046-3722
                                                                                         TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:

```
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, as Trustee
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, et al., by its
               servicer Ocwen Loan Servicing, LLC cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              HARRY B. REESE    on behalf of Creditor    THE BANK OF NEW YORK MELLON harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              LESLIE J. RASE    on behalf of Creditor    U.S. Bank National Association, et al., by its servicer
               Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
              MICHAEL GUMBEL    on behalf of Debtor Noel N. Karasanyi mgumbel@bainbridgelawcenter.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, et al., by its
               servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, as Trustee
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 16
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NOEL N. KARASANYI                              Chapter 13

                Debtor                    Bankruptcy No. 14-19922-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this \_\_23rd\_\_ day of \_\_\_\_May\_\_\_\_, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL GUMBEL
850 S 2ND ST

PHILADELPHIA, PA 19147


Debtor:
NOEL N. KARASANYI

657 PARKVIEW BLVD

LANSDOWNE, PA 19050