United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Noel N. Karasanyi
    Debtor

Case No. 14-19922-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: TashaD   Page 1 of 1   Date Rcvd: May 23, 2019
                    Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.
db         +Noel N. Karasanyi,    657 Parkview Blvd,    Lansdowne, PA 19050-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
          ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, et al., by its servicer Ocwen Loan Servicing, LLC cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, as Trustee cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
          HARRY B. REESE    on behalf of Creditor    THE BANK OF NEW YORK MELLON harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al... jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          LESLIE J. RASE    on behalf of Creditor    U.S. Bank National Association, et al., by its servicer Ocwen Loan Servicing, LLC pabk@logs.com,   lerase@logs.com
          MICHAEL GUMBEL    on behalf of Debtor Noel N. Karasanyi mgumbel@bainbridgelawcenter.com
          NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, as Trustee wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, et al., by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                                                                               TOTAL: 16

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>    NOEL N. KARASANYI<br>        DEBTOR | CHAPTER 13<br><br>BANKRUPTCY CASE: 14-19922-MDC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3<br>        MOVANT<br>V.<br><br>NOEL N. KARASANYI<br>        DEBTOR | JUDGE: MAGDELINE D. COLEMAN |

## ORDER

AND NOW, this 21st day of May, 2019, upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest and Debtor, Noel N. Karasanyi, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **4600-02-04 Walnut Street, Philadelphia, PA 19139** as provided under the terms of the loan documents.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Magdeline D. C____*
UNITED STATES BANKRUPTCY JUDGE